# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand and fourteen,

Ruben Fraiberg, Thomas Tucci,

    Plaintiffs,

Joseph Arena, on behalf of himself and all others similarly situated,

    Plaintiff - Appellant,

v.

Delux Transportation Services, Inc., Peter Blasucci, an individual, Lincoln Holding Corporation, Webster Management, Webster Management, Inc., Port Conveyance, Delux Taxi of Long Island, Delux Limousine Service, Bay Limosuine, Arrow Island Limosine, Inc., and any other such related subsidiaries or affiliates of Lincoln Holding Corporation, Andrea Majer, an individual,

    Defendants - Appellees.

ORDER
Docket No. 14-846

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/09/2014